FILED: February 12, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 12-5 (L)
(1:11-cv-00630-AJT-TCB)

_____

RICKY JOVAN GRAY

      Petitioner - Appellant

v.

KEITH W. DAVIS, Warden, Sussex I State Prison

      Respondent - Appellee

_____

O R D E R

_____

Upon consideration of appellant's motion to expand the certificate of appealability, the court denies the motion.

The court grants appellant's request to file an oversized motion.

                    For the Court

                    /s/ Patricia S. Connor, Clerk